No. 5,002.—STATE ex rel. ELMER J. MO, Relator, *v.* DIS-
TRICT COURT et al., Respondents.

Original application for Writ of Supervisory Control
directed to the District Court of Lewis & Clark County, and
Wm. H. Poorman, a Judge thereof.

Decided January 13, 1922.

PER CURIAM.—The application of the relator for writ of
supervisory control is denied.

*Mr. H. H. Austin* and *Messrs. Gibson & Smith,* for Relator.

---

No. 5,000.—PECK & HILLS FURNITURE CO., Respond-
ent, *v.* FARMERS' STATE BANK OF WILSALL,
Appellant.

*Appeal from Gallatin County; Ben B. Law, Judge.*

Decided January 16, 1922.

PER CURIAM.—Pursuant to motion of respondent, the ap-
peal in the above-entitled cause is dismissed, the transcript
not having been filed with the clerk of this court within time.

*Mr. W. S. Hartman,* for Respondent.